■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBIN KALINOWSKI, Appellant. (Appeal No. 2.) [922 NYS2d 842]— Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered October 14, 2009. The judgment convicted defendant, upon her plea of guilty, of conspiracy in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Kalinowski* (84 AD3d 1739 [2011]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.